UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR9004-2(c)

**PLATT & RISO, P.C.**
40 Berlin Avenue
Stratford, NJ 08084
Telephone Number: (856) 784-8500
Facsimile Number: (856) 784-8050

Attorneys for Secured Creditor,
**Township of Winslow**
By: CherylLynn Walters, Esquire

In Re:

    **YAMSEL M. BENVENUTTI and**
    **JAVIER BENVENUTTI,**

    Debtors.

Case No: 17-35991
Chapter: 13
Judge: Hon. Andrew B. Altenburg, Jr.
Hearing Date: February 28, 2018
Hearing Type: Confirmation (Original Plan)

**OBJECTION TO CONFIRMATION**
**OF DEBTOR'S ORIGINAL**
**CHAPTER 13 PLAN**

The undersigned, PLATT & RISO, P.C., attorneys for Secured Creditor, TOWNSHIP OF WINSLOW, hereby objects to confirmation of the debtor's proposed Chapter 13 Plan filed on December 29, 2017, for the following reason(s):

(1) The proposed Plan fails to provide for payment to the Township of Winslow for the full value of its secured claim for unpaid water and/or sewer charges levied against the real property located at 20 Edgeview Lane and known as Block 10902, Lot 3 on the Winslow Township Tax Map, as said claim is shown on the Proof of Claim filed by the Township of Winslow on January 18, 2018;

(2) To any attempt by the Debtor to pay any amount less than the amount due the Township of Winslow as set forth on said Proof of Claim; and

(3) For failure of the proposed Plan to provide for regular quarterly water/sewer payments to the Secured Creditor outside of debtor's Chapter 13 Plan.

                PLATT & RISO, P.C.
                Attorneys for Secured Creditor
                Township of Winslow
                /s/ *CHERYLLYNN WALTERS*
                CHERYLLYNN WALTERS, ESQUIRE

DATED: January 18, 2018